UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHALESTON DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.: 2:26-cr-00013

**PABLO DOMINGUEZ**
    also known as "Pablo Dominguez Dominguez"

**O R D E R**

On February 4, 2026, the defendant appeared in person for the purpose of an initial appearance, arraignment and detention hearing pursuant to an indictment being returned against him. Jonathan T. Storage, Assistant United States Attorney, was present for the United States and Michelle R. Fox was present for the defendant. Also present was Patrick M. Fidler, Senior United States Probation Officer, and Johnnie Benningfield, Certified Court Interpreter.

The Court informed the defendant of the charge in the case, of the defendant's right to counsel, and of matters relating to conditions of release. The Court further informed the defendant that he is not required to make a statement and that any statement made by the defendant may be used against him.

The Court found the defendant qualifies for court-appointed counsel based upon the financial affidavit submitted by the defendant, and it is hereby **ORDERED** that Michele R. Fox shall represent the defendant as counsel in this matter nunc pro tunc as of January 26, 2026.

Immediately following the initial appearance, an arraignment was held and Arraignment Order and Standard Discovery Requests was completed.

The United States previously filed a Motion for Detention Hearing [ECF No. 4] and requested the Court to conduct the detention hearing at first appearance. Therefore, the Court proceeded to the detention hearing. Following the proffers and arguments of counsel, for reasons more fully stated on the record, which are Ordered incorporated herein by reference, the Court will hold the issue of detention in abeyance to allow counsel an opportunity to secure a suitable residence for the defendant. The Court advised counsel to file motion once she has found a suitable residence for the defendant.

Accordingly, it is hereby **ORDERED** that the defendant be detained and remanded to the custody of the United States Marshal pending further proceedings.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:** February 5, 2026

Dwane L. Tinsley
United States Magistrate Judge