# EXHIBIT C

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Southern District of West Virginia



FILED

JAN 2 0 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 2:26-MJ-00010 |
| | ) | |
| PABLO DOMINGUEZ | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____01/16/2026_____ in the county of _____Kanawha_____ in the

_____Southern_____ District of _____West Virginia_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 42 U.S.C. § 408(a)(7)(B) | misuse of a Social Security Administration account number |

This criminal complaint is based on these facts:

On January 16, 2026, I participated in the execution of a federal search warrant at Rio Grande Mexican Restaurant, located at 502 1st Avenue, Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia. During the search, officers encountered defendant PABLO DOMINGUEZ, an alien unlawfully present in the United States, who was working at the restaurant. On January 16, 2026, I obtained defendant PABLO DOMINGUEZ's I-9 paperwork during the search warrant execution and determined that defendant PABLO DOMINGUEZ was using for work authorization and payroll purposes a Social Security Administration account number that was not assigned to him in violation of 42 U.S.C. § 408(a)(7)(B).

☐ Continued on the attached sheet.

s/Terrance Taylor

*Complainant's signature*

Terrance Taylor, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____01/20/2026_____

*Judge's signature*

City and state: _____Charleston, West Virginia_____

Dwane L. Tinsley, United States Magistrate Judge

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia



**FILED**

FEB 1 0 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:26-MJ-00010 |
| | ) | |
| PABLO DOMINGUEZ | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*            PABLO DOMINGUEZ                                             ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ☑ Complaint

❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

42 U.S.C. § 408(a)(7)(B) - misuse of a Social Security Administration account number        REC'D USMS CHARLESTON, WV

JAN 20 2026 PM 4:35

Date:        01/20/2026

*Issuing officer's signature*

City and state:        Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   1/20/26   , and the person was arrested on *(date)*   1/20/26   at *(city and state)*   South Charleston, WV   . |
| Date:  2/5/26                                        *Arresting officer's signature* |
| Terone Taylor-Special Agent *Printed name and title* |