IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT Charleston

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Civil Action No.: 2:26-CR-00013

PABLO DOMINGUEZ,
  also knows as "Pablo Dominguez Domineguez"
    Defendant.

### PABLO DOMINGUEZ'S MOTION TO WITHDRAW MOTION FOR PLEA AND SENTENCING HEARING

Comes Now the Defendant Pablo Dominguez Dominguez, hereinafter "Dominguez" by and through his counsel, Michelle Roman Fox, and respectfully advises the Court that after further consultation with the Defendant, Dominguez, he has determined he does not want to move forward with the change of plea hearing and now has decided to proceed to trial on the Indictment against him.

The Defendant wishes to proceed with his Pretrial Motions hearing on May 18, 2026, and his trial on June 2, 2026.

                                   Respectfully submitted,
                                    Pablo Dominguez

                                   BY COUNSEL

                                   /s/ Michelle Roman Fox
                                   Michelle Roman Fox
                                   W.Va. Bar No. 5753
                                   3359 Teays Valley Road
                                   Hurricane, West Virginia 25526
                                   (304) 552-2579 (telephone)
                                   michellefox@smithlawpllc.net
                                   mrfoxlaw@suddenlink.net

1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT Charleston

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Civil Action No.: 2:26-CR-00013

PABLO DOMINGUEZ,
  also knows as "Pablo Dominguez Domineguez"
      Defendant.

CERTIFICATE OF SERVICE

    I, Michelle Roman Fox, counsel for the Defendant, Pablo Dominguez certify on this 5th day of May 2026, I served by CM/ECF filing the following **PABLO DOMINGUEZ'S MOTION TO WITHDRAW MOTION TO CONTINUE PLEA AND SENTENCING HEARING** upon counsel for the United States of America.

Jonathon Storage, Esq.
Assistant United States Attorney
300 Virginia Street East
Room 4000
Charleston, West Virginia 25301

Pablo Dominguez

BY COUNSEL

/s/ Michelle Roman Fox
Michelle Roman Fox
W.Va. Bar No. 5753
3359 Teays Valley Road
Hurricane, West Virginia 25526
(304) 552-2579 (telephone)
michellefox@smithlawpllc.net
mrfoxlaw@suddenlink.net