L R Civ P 7.1(a)(9) Form (06/08/2017)
L R CR P 12.1(e) Form (06/08/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT  CHARLESTON

**UNITED STATES OF AMERICA**

**NOTICE OF CERTIFICATION FOR**
**USE OF COURTROOM TECHNOLOGY**

**V.**

**PABLO DOMINGUEZ**

**CRIM. ACTION     NUMBER  2:26-cr-00013**

Comes now the  United States of America , by counsel, and do(es) hereby certify pursuant to

LR Cr P 12.1(e)        that the court's technology staff was contacted by telephone or in person,

to arrange for the use of courtroom technology  at a hearing in this    action set for 05/18/2026            .

Anticipated Equipment Usage (select all that apply):

☐    VCR/DVD Player

☑    Document Camera

☑    Laptop

☐    Annotation System

☐    I request training/testing of anticipated equipment before the date of the use.

☑    I do not require training/testing.

*s/*          Jonathan T. Storage

JONATHAN T. STORAGE
Assistant United States Attorney
WV State Bar No. 12279
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Jonathan.Storage@usdoj.gov